UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sharlene C. Johnson, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | No. 13-CV-2325 |
| Audubon Financial Bureau, LLC ) | |
| and Jesse Jameson ) | |
| Defendants. ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff Sharlene C. Johnson, individual consumer, against Defendant Audubon Financial Bureau, LLC (hereinafter AFB, LLC) for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202. Venue in this District is proper in that the defendants transact business here and the conduct complained of occurred here.

### III PARTIES

3. Plaintiff, Sharlene C. Johnson, is a natural person residing in Willowbrook, DuPage County, Illinois.

4. Defendant, AFB, LLC, is a corporation registered to conduct business in the State of New York. The principal purpose of AFB, LLC is the collection of debts in this state and defendant regularly attempts to collect debts alleged to be due another.

5. Upon information and belief, Defendant, Jesse Jameson, is a resident of the state of New York and an employee of AFB, LLC.

6. Defendants are engaged in the collection of debts from consumers using the mail and telephone. Defendants regularly attempt to collect consumer debts alleged to be due to another. Defendants are "debt collectors" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## IV. FACTUAL ALLEGATIONS

7. On February 22, 2013, at approximately 3:15 p.m., Defendant left a voicemail on Plaintiff's cellular phone that she was calling regarding a civil process in DuPage County and that the Plaintiff or her legal representative is required to appear for a deposition.

8. The debt collector's statements were false and inaccurate.

9. Defendant communicated with Plaintiff regarding the debt after acknowledgement of Plaintiff's legal representation.

10. The alleged debt of Sharlene C. Johnson was incurred for personal, family, or household services.

11. As a result of the acts alleged above, Plaintiff suffered emotional distress and grief as well as actual damages.

## V. CLAIM FOR RELIEF

12. Plaintiff repeats and realleges and incorporates by reference to the foregoing paragraphs.

13. Defendants violated the FDCPA 15 U.S.C. § 1692 *et seq.* Defendants' violations include, but are not limited to, the following:

    § 1692(e)(10), deceptive practices and false statements;

    § 1692(e)(2), misrepresenting legal status of the debt.

    § 1692(c)(a)(2), communicating with the Plaintiff after knowing of legal representation.

14. As a result of the foregoing violations of the FDCPA, defendants are liable to the Plaintiff Sharlene C. Johnson for declaratory judgment that defendants' conduct violated the FDCPA, actual damages, statutory damages, and costs and attorney's fees.

**WHEREFORE,** Sharlene C. Johnson respectfully requests that judgment be entered against AFB, LLC for the following:

A. Declaratory judgment that defendants' conduct violated the FDCPA;

B. Actual damages;

C. Statutory damages pursuant to 15 U.S.C. § 1692k;

D. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k;

E. For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Thomas W. Toolis
9031 W. 151st Street, Suite 203
Orland Park, IL 60462
Firm: 44138

## DEMAND FOR JURY TRIAL

Please take notice that Sharlene C. Johnson demands trial by jury in this action.

Attorney for Plaintiff

## VERIFICATION

I, Sharlene C. Johnson hereby certify that the facts contained in the foregoing Complaint are true and correct to the best of my knowledge, information and belief.

*Sharlene Johnson*
Sharlene C. Johnson